## WATSON v. DECONHILL S. S. CO.
### No. 11805.

Circuit Court of Appeals, Ninth Circuit.
April 26, 1948.

David A. Fall, of San Pedro, Cal., for appellant.

Lasher B. Gallagher, of Los Angeles,. Cal., for appellee.

H. G. Morison, Asst. Atty. Gen., Leavenworth Colby and Keith R. Ferguson. Sp.. Assts. to Atty. Gen., Admiralty and Shipping Section, for the United States, amicus. curiae.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

### PER CURIAM.

Appellant has confined his appeal solely to the amount of damages for pain and suffering awarded under our Rule 36. That rule is:

"Review in Part Only. The appellant may, at his option, state in his petition for appeal that he desires only to review one or more questions involved in the cause,. which questions must be clearly and succinctly stated; and he shall be concluded in this behalf by such petition, and the review upon such an appeal shall be limited to such question or questions."

Appellee has not cross appealed, but seeks. to have us consider the contention of liability for any damages whatsoever. Our rule would be meaningless were we to entertain such a contention.

Upon a review of the evidence, we find appellant entitled to damages for pain and suffering in the sum of $1,000, and order the decree below be amended to award libelant the total sum of $1,390.04, with interest thereon at 7% per annum from July 7th, 1947, the date of that decree, and as, so amended it is affirmed.

Decree affirmed as amended.